**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00332-CV

### IN RE ANTHONY R. SANDERS, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-56252-2012**

# ORDER

Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator bear the costs, if any, of this original proceeding.


/s/     ROBERT M. FILLMORE
JUSTICE